B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Addison, Dontele L** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Addison, Tori M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0260** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0282** |
| Street Address of Debtor (No. and Street, City, and State):<br>**612 N. 4th St.**<br>**Dekalb, IL**<br>ZIP Code **60115** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**612 N. 4th St.**<br>**Dekalb, IL**<br>ZIP Code **60115** |
| County of Residence or of the Principal Place of Business:<br>**Dekalb** | County of Residence or of the Principal Place of Business:<br>**Dekalb** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Addison, Dontele L**<br>**Addison, Tori M** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Bradley J. Waller**               **March  9, 2010**<br>Signature of Attorney for Debtor(s)               (Date)<br>**Bradley J. Waller** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Addison, Dontele L**<br>**Addison, Tori M** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Dontele L Addison**

Signature of Debtor  **Dontele L Addison**

**X  /s/ Tori M Addison**

Signature of Joint Debtor **Tori M Addison**

Telephone Number (If not represented by attorney)

**March  9, 2010**

Date

### Signature of Attorney*

**X  /s/ Bradley J. Waller**

Signature of Attorney for Debtor(s)

**Bradley J. Waller  06198210**

Printed Name of Attorney for Debtor(s)

**Klein, Stoddard, Buck, Waller & Lewis, LLC**

Firm Name

**2045 Aberdeen Court**
**Suite A**
**Sycamore, IL 60178**

Address

**Email: bwaller@ksbwl.com**
**(815) 748-0380  Fax: (815) 748-4030**

Telephone Number

**March  9, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Dontele L Addison**
      **Tori M Addison**

Debtor(s)

Case No. _____

Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Dontele L Addison**
                       **Dontele L Addison**

Date:  **March  9, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | **Dontele L Addison** <br> **Tori M Addison** | Case No. | |
| | Debtor(s) | Chapter | **7** |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Tori M Addison**
                      **Tori M Addison**

Date:  **March  9, 2010**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dontele L Addison,**
    **Tori M Addison**

Case No. _____

_____,
                    Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 6,318.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,200.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 11,818.45 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 165,925.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,662.62 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,528.00 |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| Total Assets | | | 6,318.00 | | |
| Total Liabilities | | | | 179,943.85 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dontele L Addison,**      Case No. _____
       **Tori M Addison**

_____ ,

           Debtors      Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 11,818.45 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 11,818.45 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,662.62 |
| Average Expenses (from Schedule J, Line 18) | 3,528.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,436.20 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 400.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 4,845.45 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 6,973.00 |
| 4. Total from Schedule F | | 165,925.40 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 173,298.40 |

B6A (Official Form 6A) (12/07)

In re    **Dontele L Addison,**                                              Case No. _____
         **Tori M Addison**
_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Dontele L Addison,**                                        Case No. _____

  **Tori M Addison**

                                                                  ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Used | J | 500.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Used | J | 500.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | 1,000.00 |
|---|---|---|
|  | (Total of this page) | |

  __2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Dontele L Addison,**                                              Case No. _____
          **Tori M Addison**

_____,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | IMRF | | W | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dontele L Addison,**                                    Case No. _____
         **Tori M Addison**
                                                          ,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Mercury Cougar** **130,000 miles** | J | 2,658.00 |
| | | **1994 Buick Sklyark (inoperable)** **160,000 miles** | J | 860.00 |
| | | **1998 Plymouth Grand Voyager** **134,000 miles** | J | 1,800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **5,318.00** |
| (Total of this page) | |
| Total > | **6,318.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Dontele L Addison,**                                         Case No. _____

          **Tori M Addison**

_____ ,
                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** <br> **Used** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** <br> **Used** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> **IMRF** | **735 ILCS 5/12-704** | **Unknown** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **1999 Mercury Cougar** <br> **130,000 miles** | **735 ILCS 5/12-1001(b)** | **2,658.00** | **2,658.00** |
| **1994 Buick Sklyark (inoperable)** <br> **160,000 miles** | **735 ILCS 5/12-1001(c)** | **860.00** | **860.00** |
| | | Total:    **4,518.00** | **4,518.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Dontele L Addison,**
**Tori M Addison**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **DeKalb Auto Sales** 730 E. Lincoln Hwy DeKalb, IL 60115-3810 | | J | **1998 Plymouth Grand Voyager 134,000 miles** Value $ 1,800.00 | | | | 2,200.00 | 400.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 2,200.00 | 400.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,200.00 | 400.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Dontele L Addison,**                                    Case No. _____
         **Tori M Addison**

_____,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Dontele L Addison,**
**Tori M Addison**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | 0.00 | |
| Illinois Department of Employment Security PO Box 19300 Springfield, IL 62794 | | J | | | | | 2,822.00 | | 2,822.00 |
| Account No. **xx2059** | | | Food stamps overpayment | | | | | 4,188.00 | |
| Illinois Department of Human Svcs 100 South Grand Ave East Springfield, IL 62762 | | J | | | | | 4,188.00 | | 0.00 |
| Account No. **xxxxxx0272** | | | 2006 & 2008 | | | | | 0.00 | |
| Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794-9035 | | J | | | | | 2,023.45 | | 2,023.45 |
| Account No. **xxxx2935** | | | I-pass security deposit | | | | | 2,785.00 | |
| Illinois Department of Transportati 3215 Executive Park Dr. Springfield, IL 62766-0001 | | J | | | | | 2,785.00 | | 0.00 |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 6,973.00 |
| | | 11,818.45 / 4,845.45 |
| | Total (Report on Summary of Schedules) | 6,973.00 |
| | | 11,818.45 / 4,845.45 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Dontele L Addison,**
**Tori M Addison**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | | | J | | | | | |
| | | | | C | | | | | |
| Account No. <br><br>**A.R.C. - DeKalb LLC** <br>**520 E. 22nd Street** <br>**Lombard, IL 60148** | | | | J | | | | | 131.00 |
| Account No. **xxxx8741** <br><br>**Advance America** <br>**2438 Sycamore Road** <br>**DeKalb, IL 60115** | | | | J | | | | | 2,020.83 |
| Account No. <br><br>**Advance Paycheck Online** <br>**2400 Caton Farm Rd. Unit-P** <br>**Crest Hill, IL 60403** | | | | J | | | | | 474.23 |
| Account No. <br><br>**Affirmative Insurance** <br>**c/o Collection Company of America** <br>**700 Longwater Drive** <br>**Norwell, MA 02061** | | | | J | | | | | 76.00 |

_**35**_ continuation sheets attached

Subtotal
(Total of this page)    **2,702.06**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:33453-100105    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
      **Tori M Addison**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Afinity Loans**<br>**1170 DeKalb Avenue, Suite 105**<br>**Sycamore, IL 60178** | | J | | | | | 0.00 |
| Account No. <br><br>**America Online**<br>**PO Box 30623**<br>**Tampa, FL 33630-0623** | | J | | | | | 325.70 |
| Account No. <br><br>**Americash Loans, LLC**<br>**880 Lee Street, Suite 302**<br>**Des Plaines, IL 60016** | | J | | | | | 547.00 |
| Account No. **xxx2225** <br><br>**Anesthesia Associates**<br>**6910 S. Madison**<br>**Willowbrook, IL 60527-5504** | | J | | | | | 696.00 |
| Account No. **xxxx-xxxx-xxxx-8026** <br><br>**Aspire Visa**<br>**PO Box 105341**<br>**Atlanta, GA 30348-5341** | | J | | | | | 845.46 |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,414.16

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**                                    Case No. _____

        **Tori M Addison**

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx & x2626**<br><br>**Associated Bank**<br>**c/o Monco Law Offices**<br>**PO Box 1641**<br>**Brookfield, WI 53008** | | J | | | | | 2,236.51 |
| Account No. **xxxxxx8170**<br><br>**Associated Bank**<br>**Forced Closed Accounts**<br>**PO Box 19097**<br>**Green Bay, WI 54307-9757** | | J | | | | | 1,349.51 |
| Account No. **xxxx9329**<br><br>**AT&T Wireless**<br>**PO Box 8229**<br>**Aurora, IL 60572-8229** | | J | | | | | 30.74 |
| Account No.<br><br>**Athletic Industrial Medicine**<br>**c/o Creditors Protection Service**<br>**PO Box 4115**<br>**Rockford, IL 61101** | | J | | | | | 26.00 |
| Account No.<br><br>**ATT Broadband**<br>**c/o Credit Protection Assoc.**<br>**13355 Noel Road Ste 2100**<br>**Dallas, TX 75240** | | J | | | | | 450.00 |

| | | |
|---|---|---|
| Sheet no. __**2**__ of __**35**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 4,092.76 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
      **Tori M Addison**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8658**<br><br>**Attention Funding Trust**<br>**c/o West Asset Management, Inc.**<br>**PO Box 724498**<br>**Atlanta, GA 31139-1498** | | J | | | | | 713.29 |
| Account No. **xxxxxxxx0029**<br><br>**Audit Systems Incorporated**<br>**PO Box 17229**<br>**Clearwater, FL 33762** | | J | | | | | 355.27 |
| Account No. **xxxxxxx & xxx9076**<br><br>**Aurora Radiology Consultants-DeKalb**<br>**520 E 22nd Street**<br>**Lombard, IL 60148** | | J | | | | | 128.60 |
| Account No.<br><br>**Blockbuster**<br>**c/o JBC Legal Group, PC**<br>**2 Broad Street 6th Floor**<br>**Bloomfield, NJ 07003-2550** | | J | | | | | 356.00 |
| Account No. **xxxxxxxxxxM106**<br><br>**BMG Music**<br>**Customer Service Center**<br>**PO Box 91501**<br>**Indianapolis, IN 46291-0009** | | J | | | | | 62.15 |

Sheet no. __3___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,615.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**                                                      Case No. _____
       **Tori M Addison**
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxx2487** | | | | Bad check | | | | |
| **Brown's County Market** **c/o TRS Recovery Services** **PO Box 60012** **City of Industry, CA 91716-0012** | | J | | | | | | 69.17 |
| Account No. **xxx2136** | | | | Repossession | | | | |
| **Calcars** **Rte 23 & Peace Roads** **Sycamore, IL 60178** | | J | | | | | | 2,738.76 |
| Account No. | | | | | | | | |
| **Calvary Portfolio Services, LLC** **PO Box 27288** **Tempe, AZ 85282-7288** | | J | | | | | | 412.00 |
| Account No. | | | | | | | | |
| **Capital Assistance Group** **c/o KCA Financial Services** **628 North St.** **Geneva, IL 60134** | | J | | | | | | 65.00 |
| Account No. **xxxx-xxxx-xxxx-2912** | | | | | | | | |
| **Capital One** **PO Box 5294** **Carol Stream, IL 60197-5294** | | J | | | | | | 793.40 |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          4,078.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
         **Tori M Addison**

                                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1021** <br><br> **Cardiac Billing Services** <br> **9410 Compubill Drive** <br> **Orland Park, IL 60462** | | J | | | | | 25.00 |
| Account No. <br><br> **Cash Express Collections** <br> **PO Box 885** <br> **Lincolnshire, IL 60069** | | J | | | | | 1,374.74 |
| Account No. **xxxx8298** <br><br> **CashNet USA** <br> **200 West Jackson, Ste 1400** <br> **Chicago, IL 60606-6941** | | J | | | | | 683.34 |
| Account No. **xx xC 660** <br><br> **Castle Bank NA** <br> **c/o Michael A. Mellott** <br> **312 Locust Street** <br> **Sterling, IL 61081** | | J | Judgment | | | | 1,412.08 |
| Account No. **xxxx3595** <br><br> **Castle Bank NA** <br> **141 W. Lincoln Highway** <br> **DeKalb, IL 60115** | | J | | | | | 2,354.85 |

Sheet no. __5___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,850.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**
**Tori M Addison**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0815**<br><br>**Certegy**<br>**c/o FBCS**<br>**841 E. Hunting Park Ave**<br>**Philadelphia, PA 19124-4824** | | J | | | | | 175.00 |
| Account No.<br><br>**Certegy Payment Recovery Services**<br>**PO Box 30031**<br>**Tampa, FL 33630-3031** | | J | | | | | 1,288.39 |
| Account No.<br><br>**Chadwick's**<br>**PO Box 4400**<br>**Taunton, MA 02780-7359** | | J | | | | | 127.85 |
| Account No.<br><br>**Check 'n Go**<br>**7755 Montgomery Road, Suite 400**<br>**Cincinnati, OH 45236** | | J | | | | | 442.00 |
| Account No.<br><br>**Check Brokerage Corp**<br>**PO Box 4064**<br>**Quincy, IL 62305-4064** | | J | | | | | 509.70 |

Sheet no. __6__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,542.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**
       **Tori M Addison**
                                                                        Case No. _____
                                                          ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2102** | | | | | | | | |
| **Check Into Cash** **2350 Sycamore Road** **DeKalb, IL 60115** | | J | | | | | | 650.00 |
| Account No. | | | | | | | | |
| **Check-It** **PO Box 6264** **Rockford, IL 61125-1264** | | J | | | | | | 374.34 |
| Account No. | | | | | | | | |
| **Checkrite Recovery Services** **6215 W. Howard Street** **Niles, IL 60714-3403** | | J | | | | | | 123.00 |
| Account No. | | | | | | | | |
| **Children's BOMC** **PO Box 916536** **Indianapolis, IN 46291** | | J | | | | | | 93.69 |
| Account No. | | | | | | | | |
| **Citibank N.A.** **701 E. 60th St. N** **Sioux Falls, SD 57104** | | J | | | | | | 58,907.00 |

Sheet no. __7__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              60,148.03

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
**Tori M Addison**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx-x5952** | | | | | | | | |
| City of DeKalb 200 South Fourth Street Dekalb, IL 60115 | | J | | | | | | 180.30 |
| Account No. **xxxxxx2601** | | | | | | | | |
| Claires Boutique c/o Credit Collection Services Grp PO Box 61295 Savannah, GA 31420 | | J | | | | | | 54.43 |
| Account No. | | | | | | | | |
| Clear Check Inc. PO Box 27087 Greenville, SC 29616-2087 | | J | | | | | | 256.46 |
| Account No. **xxx8491** | | | | | | | | |
| Collection Professional Services 36101 Bob Hope Drive #E5-302 Rancho Mirage, CA 92270-2001 | | J | | | | | | 461.53 |
| Account No. **xxxxxx3524** | | | | | | | | |
| Columbia House Customer Service Center 1400 N. Fruitridge Ave Terre Haute, IN 47811-1131 | | J | | | | | | 121.46 |

Sheet no. __**8**___ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,074.18**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
**Tori M Addison**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Various** | | | | | | | | |
| Comcast P.O. Box 3002 Southeastern, PA 19398-3002 | | J | | | | | | 2,926.48 |
| Account No. **Various** | | | | | | | | |
| ComEd Bill Payment Center Chicago, IL 60668-0001 | | J | | | | | | 4,935.82 |
| Account No. **xxxxx81-64** | | | | | | | | |
| Commercial Check Control, Inc. 7250 Beverly Blvd, Suite 200 Los Angeles, CA 90036-2560 | | J | | | | | | 378.95 |
| Account No. | | | | | | | | |
| Commercial Recovery Corporation PO Box 49456 Minneapolis, MN 55449 | | J | | | | | | 52.75 |
| Account No. **xxxx-xxxxx43-01** | | | | | | | | |
| Consultants in Clinical Pathol 37416 Eagle Way Chicago, IL 60678 | | J | | | | | | 50.38 |

Sheet no. __**9**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,344.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
　　　**Tori M Addison**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Consultants in Diagnostic Imaging** **P.O. Box 865** **DeKalb, IL 60115-0865** | | J | | | | | 39.20 |
| Account No. | | | | | | | |
| **Cook County State's Attorney's** **Bad Check Restitution Program** **PO Box A3984** **Chicago, IL 60690-3984** | | J | | | | | 243.84 |
| Account No. **xxxxx9983** | | | | | | | |
| **Corporate America Family CU** **c/o First National Collection Burea** **PO Box 940** **Concord, CA 94524** | | J | | | | | 179.37 |
| Account No. | | | | | | | |
| **Cottonwood Financial, Ltd** **c/o Paragon Way, Inc.** **PO Box 42829** **Austin, TX 78704-0048** | | J | | | | | 610.00 |
| Account No. | | | | | | | |
| **Country Homes & Garden** **c/o Allied Interstate** **PO Box 361445** **Columbus, OH 43236** | | J | | | | | 57.75 |

Sheet no. __10__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,130.16

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**
    **Tori M Addison**
                                                       ,
                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx2142** <br><br> **Credit Management Control** <br> **PO Box 1408** <br> **Racine, WI 53401-1408** | | J | | | | | | | 51.79 |
| Account No. **xx xxx xx3315** <br><br> **Crossings Book Club** <br> **Member Service Center** <br> **PO Box 6325** <br> **Camp Hill, PA 17012-6325** | | J | | | | | | | 36.96 |
| Account No. <br><br> **CyberCollect, Inc.** <br> **PO Box 1145** <br> **La Crosse, WI 54602-1145** | | J | | | | | | | 35.00 |
| Account No. <br><br> **David's Bridal** <br> **c/o ROI Services, Inc.** <br> **580 herdon Parkway Suite 100** <br> **Herndon, VA 20170-5236** | | J | | | | | | | 355.00 |
| Account No. <br><br> **DeKalb Clinic** <br> **217 Franklin Street** <br> **DeKalb, IL 60115** | | J | | | | | | | 2,136.89 |

Sheet no. __11__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,615.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dontele L Addison,**
**Tori M Addison**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **DeKalb County Auto Parts c/o Cybercollect, Inc. 2350 South Ave. La Crosse, WI 54601** | | J | | | | | 190.00 |
| Account No. | | | | | | | |
| **DeKalb Dental Group 2707 Sycamore Road DeKalb, IL 60115** | | J | | | | | 151.80 |
| Account No. **x-xxxxx7207** | | | | | | | |
| **DeKalb MRI 2475 W. Bethany Road Sycamore, IL 60178** | | J | | | | | 2,232.78 |
| Account No. | | | | | | | |
| **DeKalb School Dist 901 S. 4th St. DeKalb, IL 60115** | | J | | | | | 280.00 |
| Account No. **xxxxx1057** | | | | | | | |
| **Disney Book Club c/o North Shore Agency, Inc. PO Box 9205 Old Bethpage, NY 11804-9005** | | J | | | | | 38.89 |

Sheet no. __12__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,893.47**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
      **Tori M Addison**

                                                    Case No. _____

                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx9147** | | | | | | | | |
| Disney Movie Club c/o North Shore Agency, Inc. PO Box 8901 Westbury, NY 11590-8901 | | J | | | | | | 110.70 |
| Account No. **xxxxxxxx2-019** | | | | | | | | |
| Disney Wonderful World of Reading PO Box 191 Montoursville, PA 17754-0191 | | J | | | | | | 29.92 |
| Account No. | | | | | | | | |
| Dollar Video 1127 W. Lincoln Hwy Dekalb, IL 60115 | | J | | | | | | 154.25 |
| Account No. **xx3066** | | | | | | | | |
| Dr. Tina Starkweather 605 Plaza Drive, Suite 3 Sycamore, IL 60178 | | J | | | | | | 125.80 |
| Account No. **xxx0915** | | | | | | | | |
| Earthlink/Atlanta c/o Kevin L. String Co, LPA PO Box 221406 Cleveland, OH 44122 | | J | | | | | | 99.88 |

Sheet no. __13__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal
                                          (Total of this page)          520.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dontele L Addison,**
         **Tori M Addison**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x7745** | | | | | | | | |
| East Chicago Radiologists, Inc. 9201 Calumet Ave. Munster, IN 46321 | | J | | | | | | 130.00 |
| Account No. **xxx x1672** | | | | | | | | |
| Emergency Med Srvs PC PO Box 5168 Dept 4045 Hinsdale, IL 60522-5168 | | J | | | | | | 161.00 |
| Account No. | | | | | | | | |
| Emergency Physicians Prof As c/o American Accounts Advisors, Inc 3904 Cedarvale Dr Saint Paul, MN 55122-1410 | | J | | | | | | 61.00 |
| Account No. **xxx-1799** | | | | | | | | |
| Emergency Room Care Providers Dept 4034 PO Box 3065 Oak Brook, IL 60522-3065 | | J | | | | | | 320.00 |
| Account No. | | | | | | | | |
| Essence Magazine c/o North Shore Agency PO Box 8901 Westbury, NY 11590-8901 | | J | | | | | | 22.00 |

Sheet no. __14__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

694.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
**Tori M Addison**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8771** | | | | | | | |
| Fairview Southdale c/o Law Office of Richard Seierstad PO Box 570 Sauk Rapids, MN 56379-0570 | | J | | | | | 235.52 |
| Account No. **xx1234** | | | | | | | |
| Fashion Bug PO Box 8500-50920 Philadelphia, PA 19178 | | J | | | | | 83.74 |
| Account No. | | | | | | | |
| Fifth Third Bank Chicago c/o National Revenue Corporation PO Box 182965 Columbus, OH 43218-2965 | | J | | | | | 936.50 |
| Account No. **xxxxxxxxx5043** | | | Bad check | | | | |
| First Ranger c/o TRS Recovery Services PO Box 60022 City of Industry, CA 91716-0022 | | J | | | | | 50.00 |
| Account No. | | | | | | | |
| Friedman & Wexler, LLC 500 W. Madison Street Suite 2910 Chicago, IL 60661 | | J | | | | | 727.41 |

Sheet no. __15__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,033.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dontele L Addison,**
**Tori M Addison**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx4643** | | | | | | | | | |
| **Gastwirth & Mirsky LLP** **PO Box 648** **Melville, NY 11747-0648** | | J | | | | | | | 61.00 |
| Account No. **xxxxxxxx-xx-0002** | | | | | | | | | |
| **Genzyme Genetics** **c/o Stevens Business Service** **PO Box 1233** **Lowell, MA 01853** | | J | | | | | | | 344.00 |
| Account No. **xx2804** | | | | | Bad check | | | | |
| **Georgia Check Recovery** **PO Box 45** **Jersey, GA 30018** | | J | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **GLOBAL Payments Check Recovery** **PO Box 661158** **Chicago, IL 60666** | | J | | | | | | | 123.00 |
| Account No. | | | | | | | | | |
| **Goggins & Lavintman, PA** **PO Box 21129** **Eagan, MN 55121-0129** | | J | | | | | | | 339.56 |

Sheet no. __**16**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**867.56**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
**Tori M Addison**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Grandmas Kitchen c/o Allied Interstate PO Box 361445 Columbus, OH 43236** | | J | | | | | | 36.44 |
| Account No. **xxxx1166** | | | | | | | | |
| **Greenwood Leflore Hospital PO Box 1410 Greenwood, MS 38935-1410** | | J | | | | | | 1,012.99 |
| Account No. | | | | | | | | |
| **Harvard Collection Services, Inc. 4839 N. Elston Avenue Chicago, IL 60630-2534** | | J | | | | | | 289.69 |
| Account No. **xx4117** | | | | | | | | |
| **Health Guard Medical Network PO Box 3024 Carol Stream, IL 60132** | | J | | | | | | 96.30 |
| Account No. **xx xx 1370** | | J | | Judgment | | | | |
| **Heights Finance Corporation c/o Fulbright & Assoiciates PO Box 1510 Rockford, IL 61110-0010** | | | | | | | | 1,663.24 |

| Sheet no. __17__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,098.66 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**
       **Tori M Addison**                                                                 Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Heller and Frisone, Ltd** **33 N. LaSalle St. Ste 1200** **Chicago, IL 60602** | | J | | | | | 434.00 |
| Account No. **xxxx5160** | | | | | | | |
| **Holy Cross Hospital** **Payment Center** **PO Box 2166** **Bedford Park, IL 60499-2166** | | J | | | | | 88.80 |
| Account No. **xxxx0134** | | | | | | | |
| **Home Style Books** **c/o Bureau of Account Management** **PO Box 8875** **Camp Hill, PA 17001-8875** | | J | | | | | 18.82 |
| Account No. | | | | | | | |
| **Hooray! Valet** **4212 Warren Ave.** **Hillside, IL 60162** | | J | | | | | 206.19 |
| Account No. **xxxxx3032** | | | Bad check | | | | |
| **Horseshoe Casino** **c/o XpressCheX** **PO Box 1927** **Albuquerque, NM 87103-1927** | | J | | | | | 270.00 |

Sheet no. __18__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,017.81**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**
**Tori M Addison**                                                                   Case No. _____

                                                                    ,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx3034** | | | | **Bad checks** | | | | |
| **Horseshoe Casino c/o Audit Systems Incorporated 3696 Ulmerton Rd., Ste 200 Clearwater, FL 33762-4237** | J | | | | | | | 540.00 |
| Account No. | | | | | | | | |
| **Illini Cash Advance Inc. 114 Hillcrest Drive Dekalb, IL 60115** | J | | | | | | | 112.00 |
| Account No. | | | | | | | | |
| **Illinois Title Loans 2733B Sycamore Road Dekalb, IL 60115** | J | | | | | | | 720.00 |
| Account No. **xxxxxxx (xL) - PAS** | | | | | | | | |
| **Illinois Tollway P.O./ Box 5201 Lisle, IL 60532-5201** | J | | | | | | | 354.40 |
| Account No. **xx9485** | | | | | | | | |
| **JBC Legal Group PC 2 Broad Street 6th Floor Bloomfield, NJ 07003-2500** | J | | | | | | | 1,188.80 |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,915.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
**Tori M Addison**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx6767** | | | | | | | |
| Jefferson Capital 16 McLeland Road Saint Cloud, MN 56303 | | J | | | | | 878.01 |
| Account No. | | | | | | | |
| Jehangir Mistry, MD 2535 Bethany Road, Suite 107 Sycamore, IL 60178 | | J | | | | | 17.75 |
| Account No. | | | | | | | |
| Kishwaukee Community Hospital 1 Kish Hospital Drive DeKalb, IL 60115 | | J | | | | | 19,450.83 |
| Account No. **x0568** | | | | | | | |
| Kishwaukee Family YMCA PO Box 466 Dekalb, IL 60115 | | J | | | | | 362.60 |
| Account No. **x5399** | | | | | | | |
| Kishwaukee Medical Assocates 954 W. State Sycamore, IL 60178 | | J | | | | | 87.14 |

| | | |
|---|---|---|
| Sheet no. __20__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 20,796.33 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**                                                    Case No. _____
       **Tori M Addison**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx5549** <br><br>**Kruzan and Kloberdanz, DDS, Ltd** <br>**1406 D Sycamore Road** <br>**Dekalb, IL 60115** | | J | | | | | | | 198.58 |
| Account No. <br><br>**Law Offices of Alan D. Naggatz** <br>**175 W. Lincolnway Suite C** <br>**Valparaiso, IN 46383** | | J | | | | | | | 120.00 |
| Account No. <br><br>**Linebarger Goggan Blair & Sampson** <br>**PO Box 06152** <br>**Chicago, IL 60606-0152** | | J | | | | | | | 250.00 |
| Account No. <br><br>**Loyola University Medical Center** <br>**2160 S. 1st Street** <br>**Maywood, IL 60153** | | J | | | | | | | 1,679.22 |
| Account No. <br><br>**Loyola University Physician Foundat** <br>**PO Box 88049** <br>**Chicago, IL 60680-1049** | | J | | | | | | | 1,370.88 |

Sheet no. __21__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,618.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dontele L Addison,**
      **Tori M Addison**
                                           ,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**M.C.C.**<br>**PO Box 538**<br>**Eau Claire, WI 54702-0538** | | J | | | | | 508.41 |
| Account No. <br><br>**Magnum Cash Advance**<br>**Call Center Services**<br>**1403 Foulk Road, Ste 203**<br>**Wilmington, DE 19803** | | J | | | | | 672.00 |
| Account No. **xxxxxxxx0975** <br><br>**Marquette Radiology Associates, LLC**<br>**PO Box 2153**<br>**Bedford Park, IL 60499-2153** | | J | | | | | 39.00 |
| Account No. **xxx8154** <br><br>**Medical Recovery Specialists, Inc.**<br>**2250 E. Devon Avenue**<br>**Suite 352**<br>**Des Plaines, IL 60018-4519** | | J | | | | | 118.00 |
| Account No. **xxxxxxej01** <br><br>**Medsource LLC**<br>**PO Box 1248**<br>**Bloomington, IL 61702-1248** | | J | | | | | 52.27 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,389.68**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**     Case No. _____
        **Tori M Addison**

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x-xx718.0** | | | | | | | | |
| Midwest Orthopaedic Institute 2111 Midlands Ct., Suite 100 Sycamore, IL 60178 | | J | | | | | | 1,024.08 |
| Account No. | | | | | | | | |
| Motor Works 316 E. Taylor Dekalb, IL 60115 | | J | | | | | | 1,884.82 |
| Account No. **xxx8884** | | | | | | | | |
| Music & Arts 4626 Wedgewood Blvd Frederick, MD 21703 | | J | | | | | | 95.00 |
| Account No. **xxxxx6160** | | | | | | | | |
| Mystery Guild Book Club Customer Service Center PO Box 6404 Camp Hill, PA 17012-6404 | | J | | | | | | 76.43 |
| Account No. **xxxxx6304** | | | | | | | | |
| National City c/o Allied Interstate, Inc. PO Box 361774 Columbus, OH 43236 | | J | | | | | | 205.46 |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal         **3,285.79**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
     **Tori M Addison**                                                    Case No. _____

                                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **National Revenue Coporation** <br> **2323 Lake Club Drive** <br> **Columbus, OH 43232** | | J | | | | | 81.55 |
| Account No. <br><br> **Nationwide Collections, Inc.** <br> **805 Virginia Avenue** <br> **Fort Pierce, FL 34982-5881** | | J | | | | | 175.00 |
| Account No. <br><br> **Neil B. Levin, D.P.M.** <br> **1675 Bethany Road, Suite B** <br> **Sycamore, IL 60178-3160** | | J | | | | | 150.85 |
| Account No. **Various** <br><br> **Nicor Gas** <br> **P.o. Box 0632** <br> **Aurora, IL 60507-0632** | | J | | | | | 1,981.89 |
| Account No. **0282** <br><br> **Northern Illinois University** <br> **75 Remittance Dr, Suite 3086** <br> **Chicago, IL 60675-3086** | | J | | | | | 630.67 |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,019.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dontele L Addison,**
  **Tori M Addison**
  _____ ,
  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxO000** <br><br> **Olympic Chiropractic** <br> **1680 Mediterranean Drive** <br> **Sycamore, IL 60178** | | J | | | | | | 35.00 |
| Account No. **xx7043** <br><br> **OMFS for Northern Illinois** <br> **8 Health Services Drive, Suite 4** <br> **Dekalb, IL 60115** | | J | | | | | | 622.00 |
| Account No. **x5433** <br><br> **Oral & Maxillo Facial Surgeons** <br> **1675 Bethany Rd, Ste A** <br> **Sycamore, IL 60178** | | J | | | | | | 577.50 |
| Account No. **xxxxx0385** <br><br> **Oxmoor House** <br> **PO Box 62502** <br> **Tampa, FL 33662-5048** | | J | | | | | | 37.87 |
| Account No. <br><br> **Palmer, Reifler & Associates** <br> **PO Box 607774** <br> **Orlando, FL 32860-7774** | | J | | | | | | 656.92 |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,929.29

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**
      **Tori M Addison**
                                                  Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Partners In Children's Healthcare** <br> **2111 Midlands Ct, Ste 201** <br> **Sycamore, IL 60178** | | J | | | | | 220.00 |
| Account No. **xxxxxx1682** <br><br> **Pay 1 Day** <br> **Solomon Finance, Inc.** <br> **10 E. Doty St., Ste 829** <br> **Madison, WI 53703** | | J | | | | | 520.00 |
| Account No. **xxxx0995** <br><br> **PayDay One** <br> **PO Box 101842** <br> **Fort Worth, TX 76185** | | J | | | | | 195.00 |
| Account No. <br><br> **Pier 1** <br> **c/o Security Check** <br> **PO Box 1211** <br> **Oxford, MS 38655-1211** | | J | | | | | 121.09 |
| Account No. **5079** <br><br> **Prairie Point OB & Gyn Ltd.** <br> **P.O. Box 823** <br> **DeKalb, IL 60115-0823** | | J | | | | | 214.40 |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,270.49**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
       **Tori M Addison**                                                    Case No. _____

                                                                    ,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3-FIR** | | | | | | | |
| **ProPath** **PO Box 678175** **Dallas, TX 75267-8175** | | J | | | | | 32.60 |
| Account No. **xxxxxxxx8399** | | | | | | | |
| **Publishers Clearing House** **Payment Processing** **PO Box 10921** **Des Moines, IA 50340-0921** | | J | | | | | 96.44 |
| Account No. **xxxxxx6722** | | | | | | | |
| **QC Financial Services, Inc.** **c/o Progressive Financial Services** **PO Box 22083** **Tempe, AZ 85285** | | J | | | | | 31.88 |
| Account No. | | | | | | | |
| **Radiologists Ltd** **PO Box 128** **Sycamore, IL 60178-0128** | | J | | | | | 632.00 |
| Account No. | | | | | | | |
| **Restaurant eFund** **3001 Bethel Road, Ste 108** **Columbus, OH 43220** | | J | | | | | 154.00 |

Sheet no. __27__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    946.92

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**
         **Tori M Addison**
                                                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5400** | | | | | | | |
| Rice Chiropractic Life Center 229 East Hillcrest Drive Dekalb, IL 60115 | | J | | | | | 39.00 |
| Account No. | | | | | | | |
| Ridge Ambulance Service, Inc. 2252 Cornell Montgomery, IL 60538 | | J | | | | | 680.00 |
| Account No. **xxxxxxA395** | | | | | | | |
| Rockford Health Physicians Dept CH 10862 Palatine, IL 60055-0862 | | J | | | | | 20.00 |
| Account No. | | | | | | | |
| Rockford Mercantile 2502 S. Alpine Road Rockford, IL 61108 | | J | | | | | 533.00 |
| Account No. | | | | | | | |
| RRCA Accounts Management, Inc. 312 Locust Sterling, IL 61081-3539 | | J | | | | | 1,377.00 |

Sheet no. __28__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,649.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dontele L Addison,**
       **Tori M Addison**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx2660** | | | | | Bad check | | | | |
| Schnuck Markets c/o MCA Managment Co. PO Box 480 High Ridge, MO 63049 | | | J | | | | | | 351.22 |
| Account No. | | | | | | | | | |
| Security Check, LLC PO Box 1211 Oxford, MS 38655-1211 | | | J | | | | | | 192.97 |
| Account No. **xxxx-x5994** | | | | | | | | | |
| Security Finance 1408 Sycamore Road DeKalb, IL 60115 | | | J | | | | | | 686.00 |
| Account No. **xxxxxx0715** | | | | | | | | | |
| Silkies Pantyhose c/o Retrieval Masters Creditors Bur 2269 S. Saw Mill River Rd Bldg 3 Elmsford, NY 10523 | | | J | | | | | | 13.96 |
| Account No. | | | | | | | | | |
| Sipsma, Hahn & Brophy LLC PO Box 14417 Madison, WI 53708-0417 | | | J | | | | | | 251.96 |

Sheet no. __29__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,496.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dontele L Addison,**
       **Tori M Addison**                                  Case No. _____

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0247** <br><br> **Sprint** <br> **c/o Cavalry Portfolio Services, LLC** <br> **7 Skyline Dr 3rd Floor** <br> **Tempe, AZ 85282-7288** | | J | | | | | 627.00 |
| Account No. **xxx9803** <br><br> **St. Catherine Hospital** <br> **111 W. 10th St., Suite 103** <br> **Hobart, IN 46342** | | J | | | | | 644.84 |
| Account No. **xxx-xx-0260** <br><br> **State of Illinois** <br> **Department of Human Services** <br> **PO Box 19502** <br> **Springfield, IL 62794-9502** | | J | Overissuance of benefits | | | | 4,188.00 |
| Account No. **xxx5005** <br><br> **Statewide Credit Assn., Inc.** <br> **101 W. Ohio St., 21st Floor** <br> **Indianapolis, IN 46204-4217** | | J | | | | | 479.00 |
| Account No. **xxxxxxxxx5093** <br><br> **Sullivans Foods** <br> **c/o TRS Recovery Services** <br> **PO Box 60022** <br> **City of Industry, CA 91716-0022** | | J | Bad check | | | | 48.96 |

Sheet no. __**30**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal               **5,987.80**
                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
     **Tori M Addison**
                                                ,
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx & xxxxx5459**<br><br>**SuperValu**<br>**c/o Certegy Payment Recovery Svcs**<br>**PO Box 30184**<br>**Tampa, FL 33630-3184** | | J | **Bad checks** | | | | 255.37 |
| Account No. **xxxx375-1**<br><br>**SuperValu**<br>**c/o Commercial Check Control**<br>**7250 Beverly Blvd., Suite 200**<br>**Los Angeles, CA 90036-2560** | | J | **Bad check** | | | | 259.17 |
| Account No. **xxxxxx2001**<br><br>**Swedish American Hospital**<br>**P.O. Box 4448**<br>**Rockford, IL 61110-0948** | | J | | | | | 558.00 |
| Account No. **x xxx1814**<br><br>**Swedish American Medical Group**<br>**PO Box 1567**<br>**Rockford, IL 61110-0067** | | J | | | | | 75.24 |
| Account No. **xxx4900**<br><br>**Tate & Kirlin Associates**<br>**2810 Southampton Rd.**<br>**Philadelphia, PA 19154-1207** | | J | | | | | 53.74 |

Sheet no. __31__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,201.52**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**          Case No. _____
    **Tori M Addison**

                                        ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **TCF National Bank** **c/o Heller and Frisone, Ltd** **33 N. LaSalle St., Suite 1200** **Chicago, IL 60602** | | J | | | | | 494.00 |
| Account No. | | | | | | | |
| **Telecheck Services, Inc.** **PO Box 17120** **Denver, CO 80217-0120** | | J | | | | | 386.97 |
| Account No. **Various** | | | | | | | |
| **The Cash Store** **1520 Sycamore Road** **Dekalb, IL 60115** | | J | | | | | 1,131.00 |
| Account No. **xxxxx6753** | | | | | | | |
| **The Good Book Club** **c/o RJM Acq LLC** **575 Underhill Blvd Ste 2** **Syosset, NY 11791** | | J | | | | | 34.00 |
| Account No. | | | | | | | |
| **The National Bank & Trust Co.** **Loss Provention - Attn Sally** **230 W. State St MSC-115** **Sycamore, IL 60178** | | J | | | | | 515.96 |

Sheet no. __32__ of __35__ sheets attached to Schedule of       Subtotal      2,561.93
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
**Tori M Addison**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| TRS Recovery Services, Inc. PO Box 60012 City Of Industry, CA 91716-0012 | | J | | | | | | 942.94 |
| Account No. xxxxxxx-xxBVCT | | | | | | | | |
| U.S. Sprint c/o Risk Management Alternatives PO Box 105291 Atlanta, GA 30348-5291 | | J | | | | | | 0.00 |
| Account No. xxxxxx0001 | | | | | | | | |
| Umesh P. Goswami, MD SC 625 E. Bethany Road, Suite 3 Dekalb, IL 60115 | | J | | | | | | 185.94 |
| Account No. xxxxx9750 | | | | | | | | |
| University of Chicago Hospital c/o M3 Financial Services, inc. PO Box 802089 Chicago, IL 60680-2089 | | J | | | | | | 847.00 |
| Account No. | | | | | | | | |
| US Cellular c/o AMO Recoveries PO Box 100036 Kennesaw, GA 30156-9236 | | J | | | | | | 167.29 |

Sheet no. __33__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,143.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
**Tori M Addison**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxx0225** | | | | | | | | |
| **Verizon** c/o Solomon and Solomon, PC PO Box 15019 Albany, NY 12212-5019 | | J | | | | | | 392.15 |
| Account No. **xxxxx7653** | | | | | | | | |
| **Verizon Communications** c/o Omnium Worldwide, Inc. PO Box 956842 Saint Louis, MO 63195 | | J | | | | | | 577.78 |
| Account No. **xx xxxx xxxxxxxx24 07** | | | | | | | | |
| **Verizon North** PO Box 920041 Dallas, TX 75392-0041 | | J | | | | | | 184.55 |
| Account No. **xxxxxxxx9715** | | | | | | | | |
| **Verizon On-Line** c/o Afni, Inc. PO Box 3517 Bloomington, IL 61702-3517 | | J | | | | | | 122.72 |
| Account No. **xxx-xxx-4524** | | | | | | | | |
| **Verizon South, Inc.** c/o Afni, Inc. PO Box 3427 Bloomington, IL 61702-3427 | | J | | | | | | 577.78 |

Sheet no. __34__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,854.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dontele L Addison,**
**Tori M Addison**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx-xxLBSM** | | | | | | | | |
| **Verizon Wireless c/o Risk Management Alternatives PO Box 105291 Atlanta, GA 30348** | | J | | | | | | **881.80** |
| Account No. | | | | | | | | |
| **Village Commons Bookstore 901 Lucinda Avenue Dekalb, IL 60115** | | J | | | | | | **243.57** |
| Account No. | | | | | | | | |
| **World Finance Corporation 2587 Sycamore Road, Suite C DeKalb, IL 60115-2092** | | J | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __35__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,125.37** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **165,925.40** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Dontele L Addison,**                                    Case No. _____
**Tori M Addison**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Dontele L Addison,**                                          Case No. _____
         **Tori M Addison**
_____,
                                    Debtors
# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

| In re | **Dontele L Addison** | Case No. | |
|---|---|---|---|
| | **Tori M Addison** | | |
| | Debtor(s) | | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  Son  Son | AGE(S):  13  4 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Administrative Asst.** |
| Name of Employer | **Unemployed** | **DeKalb CUSD #428** |
| How long employed | | |
| Address of Employer | | **901 S. Fourth St.  DeKalb, IL 60115** |

|  | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ 3,406.72 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ 3,406.72 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ 405.98 |
| b. Insurance | $ | 0.00 | $ 168.82 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify): **IMFR** | $ | 0.00 | $ 169.30 |
| | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 744.10 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ 2,662.62 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ 2,662.62 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,662.62 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Dontele L Addison**
      **Tori M Addison**                            Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,580.00 |
|    a. Are real estate taxes included?     Yes ___    No **X** | | |
|    b. Is property insurance included?     Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 240.00 |
|            b. Water and sewer | $ | 47.00 |
|            c. Telephone | $ | 236.00 |
|            d. Other   **Cable** | $ | 79.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 120.00 |
| 8. Transportation (not including car payments) | $ | 180.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 76.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 150.00 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Child care** | $ | 220.00 |
|      Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,528.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

---

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,662.62 |
| b.   Average monthly expenses from Line 18 above | $ | 3,528.00 |
| c.   Monthly net income (a. minus b.) | $ | -865.38 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Dontele L Addison**
**Tori M Addison**
_____
                                              Debtor(s)

Case No. _____

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **50**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March  9, 2010**
_____

Signature   **/s/ Dontele L Addison**
_____
**Dontele L Addison**
Debtor

Date   **March  9, 2010**
_____

Signature   **/s/ Tori M Addison**
_____
**Tori M Addison**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Dontele L Addison**
**Tori M Addison**                           Case No. _____
                                           Debtor(s)           Chapter      **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$44,853.00** | **2008 Income (wife)** |
| **$28,242.00** | **2007 Income (wife)** |
| **$10,525.00** | **2007 income (husband)** |
| **$39,447.40** | **2009 income (wife)** |
| **$9,781.38** | **2009 income (husband)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                               SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Kishwaukee Community Hospital v. Tori Addison Case No. 09 SC 1439** | **Small claims** | **Sixteenth Judicial Circuit DeKalb County, IL** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Klein, Stoddard, Buck, Waller & Lewis, L**<br>**2045 Aberdeen Court**<br>**Suite A**<br>**Sycamore, IL 60178** | | **$1,000.00** |

4

**10. Other transfers**

None
■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|------|------|

7

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

NAME AND ADDRESS                          TITLE

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                              DATE AND PURPOSE
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **March  9, 2010**                         Signature   **/s/ Dontele L Addison**
                                                               **Dontele L Addison**
                                                               Debtor

Date   **March  9, 2010**                         Signature   **/s/ Tori M Addison**
                                                               **Tori M Addison**
                                                               Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dontele L Addison**
       **Tori M Addison**
_____
                          Debtor(s)

Case No. _____

Chapter    **7**  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**DeKalb Auto Sales** | **Describe Property Securing Debt:**<br>**1998 Plymouth Grand Voyager**<br>**134,000 miles** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **March  9, 2010**  _____    Signature  **/s/ Dontele L Addison**
                                                      **Dontele L Addison**
                                                      Debtor

Date  **March  9, 2010**  _____    Signature  **/s/ Tori M Addison**
                                                      **Tori M Addison**
                                                      Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Dontele L Addison**
       **Tori M Addison**                                Case No.
                                   Debtor(s)               Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

       For legal services, I have agreed to accept                             $            **1,000.00**

       Prior to the filing of this statement I have received                 $            **500.00**

       Balance Due                                              $            **500.00**

2.    $   **299.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

       ■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

       ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

       a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
       d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 9, 2010**                            **/s/ Bradley J. Waller**
                                                 **Bradley J. Waller**
                                                  **Klein, Stoddard, Buck, Waller & Lewis, LLC**
                                                  **2045 Aberdeen Court**
                                                  **Suite A**
                                                  **Sycamore, IL 60178**
                                                  **(815) 748-0380  Fax: (815) 748-4030**
                                                  **bwaller@ksbwl.com**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dontele L Addison**
     **Tori M Addison**        Case No. _____

                 Debtor(s)        Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Dontele L Addison** | | |
| **Tori M Addison** | X   **/s/ Dontele L Addison** | **March 9, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X   **/s/ Tori M Addison** | **March 9, 2010** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dontele L Addison**
       **Tori M Addison**
                                                              Case No.
                                          Debtor(s)           Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **244**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March 9, 2010**                    **/s/ Dontele L Addison**
                                            **Dontele L Addison**
                                            Signature of Debtor

Date:  **March 9, 2010**                    **/s/ Tori M Addison**
                                            **Tori M Addison**
                                            Signature of Debtor

A.R.C. - DeKalb LLC
520 E. 22nd Street
Lombard, IL 60148


Advance America
2438 Sycamore Road
DeKalb, IL 60115


Advance Paycheck Online
2400 Caton Farm Rd. Unit-P
Crest Hill, IL 60403


Affirmative Insurance
c/o Collection Company of America
700 Longwater Drive
Norwell, MA 02061


Afinity Loans
1170 DeKalb Avenue, Suite 105
Sycamore, IL 60178


AFNI
P.O. Box 3517
Bloomington, IL 61702-3517


AFNI, Inc.
PO Box 3427
Bloomington, IL 61702


Allied Interstate
PO Box 5023
New York, NY 10163


Allied Interstate
PO Box 5023
New York, NY 10163


Allied Interstate, Inc.
PO Box 361317
Columbus, OH 43236


America Online
PO Box 30623
Tampa, FL 33630-0623

Americash Loans, LLC
880 Lee Street, Suite 302
Des Plaines, IL 60016


Anesthesia Associates
6910 S. Madison
Willowbrook, IL 60527-5504


Aspire Visa
PO Box 105341
Atlanta, GA 30348-5341


Associated Bank
c/o Monco Law Offices
PO Box 1641
Brookfield, WI 53008


Associated Bank
Forced Closed Accounts
PO Box 19097
Green Bay, WI 54307-9757


AT&T Wireless
PO Box 8229
Aurora, IL 60572-8229


Athletic Industrial Medicine
c/o Creditors Protection Service
PO Box 4115
Rockford, IL 61101


ATT Broadband
c/o Credit Protection Assoc.
13355 Noel Road Ste 2100
Dallas, TX 75240


Attention Funding Trust
c/o West Asset Management, Inc.
PO Box 724498
Atlanta, GA 31139-1498


Audit Systems Incorporated
PO Box 17229
Clearwater, FL 33762

Aurora Radiology Consultants-DeKalb
520 E 22nd Street
Lombard, IL 60148


Bennett & DeLoney, PC
PO Box 190
Midvale, UT 84047-0190


Blockbuster
c/o JBC Legal Group, PC
2 Broad Street 6th Floor
Bloomfield, NJ 07003-2550


BMG Music
Customer Service Center
PO Box 91501
Indianapolis, IN 46291-0009


Brown's County Market
c/o TRS Recovery Services
PO Box 60012
City of Industry, CA 91716-0012


Calcars
Rte 23 & Peace Roads
Sycamore, IL 60178


Calvary Portfolio Services, LLC
PO Box 27288
Tempe, AZ 85282-7288


Capital Assistance Group
c/o KCA Financial Services
628 North St.
Geneva, IL 60134


Capital One
PO Box 5294
Carol Stream, IL 60197-5294


Cardiac Billing Services
9410 Compubill Drive
Orland Park, IL 60462

Cash Express Collections
PO Box 885
Lincolnshire, IL 60069


CashNet USA
200 West Jackson, Ste 1400
Chicago, IL 60606-6941


Castle Bank NA
c/o Michael A. Mellott
312 Locust Street
Sterling, IL 61081


Castle Bank NA
141 W. Lincoln Highway
DeKalb, IL 60115


CB/HV Inc.
PO Box 831
Newburgh, NY 12551-0831


CCCS
PO Box 55126
Boston, MA 02205-5126


CCS, Inc.
23220 Chagrin Blvd. #400
Beachwood, OH 44122


Certegy
c/o FBCS
841 E. Hunting Park Ave
Philadelphia, PA 19124-4824


Certegy Payment Recovery Services
PO Box 30031
Tampa, FL 33630-3031


Chadwick's
PO Box 4400
Taunton, MA 02780-7359


Check 'n Go
7755 Montgomery Road, Suite 400
Cincinnati, OH 45236

Check Brokerage Corp
PO Box 4064
Quincy, IL 62305-4064


Check Into Cash
2350 Sycamore Road
DeKalb, IL 60115


Check-It
PO Box 6264
Rockford, IL 61125-1264


Checkrite Recovery Services
6215 W. Howard Street
Niles, IL 60714-3403


Children's BOMC
PO Box 916536
Indianapolis, IN 46291


Citibank N.A.
701 E. 60th St. N
Sioux Falls, SD 57104


City of DeKalb
200 South Fourth Street
Dekalb, IL 60115


Claires Boutique
c/o Credit Collection Services Grp
PO Box 61295
Savannah, GA 31420


Clear Check Inc.
PO Box 27087
Greenville, SC 29616-2087


Collection Professional Services
36101 Bob Hope Drive #E5-302
Rancho Mirage, CA 92270-2001


Collection Systems of Freeport Inc.
P.O. Box 496
206 W. Stephenson
Freeport, IL 61032

Columbia House
Customer Service Center
1400 N. Fruitridge Ave
Terre Haute, IN 47811-1131


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Commercial Check Control, Inc.
7250 Beverly Blvd, Suite 200
Los Angeles, CA 90036-2560


Commercial Recovery Corporation
PO Box 49456
Minneapolis, MN 55449


Consultants in Clinical Pathol
37416 Eagle Way
Chicago, IL 60678


Consultants in Diagnostic Imaging
P.O. Box 865
DeKalb, IL 60115-0865


Cook County State's Attorney's
Bad Check Restitution Program
PO Box A3984
Chicago, IL 60690-3984


Corporate America Family CU
c/o First National Collection Burea
PO Box 940
Concord, CA 94524


Cottonwood Financial, Ltd
c/o Paragon Way, Inc.
PO Box 42829
Austin, TX 78704-0048

Country Homes & Garden
c/o Allied Interstate
PO Box 361445
Columbus, OH 43236


Credit Management
PO Box 118288
Carrollton, TX 75011-8288


Credit Management Control
PO Box 1408
Racine, WI 53401-1408


Credit Management Services
PO Box 931
Brookfield, WI 53008-0931


Credit Protection Association LP
13355 Noel Road
Dallas, TX 75240


Creditor's Discount & Audit
331 Fulton St., Ste 535
Peoria, IL 61602-1499


Creditor's Protection Service, Inc.
PO Box 4115
Rockford, IL 61110


Crossings Book Club
Member Service Center
PO Box 6325
Camp Hill, PA 17012-6325


CyberCollect, Inc.
PO Box 1145
La Crosse, WI 54602-1145


David's Bridal
c/o ROI Services, Inc.
580 herdon Parkway Suite 100
Herndon, VA 20170-5236

DeKalb Auto Sales
730 E. Lincoln Hwy
DeKalb, IL 60115-3810


DeKalb Clinic
217 Franklin Street
DeKalb, IL 60115


DeKalb County Auto Parts
c/o Cybercollect, Inc.
2350 South Ave.
La Crosse, WI 54601


DeKalb Dental Group
2707 Sycamore Road
DeKalb, IL 60115


DeKalb MRI
2475 W. Bethany Road
Sycamore, IL 60178


DeKalb School Dist
901 S. 4th St.
DeKalb, IL 60115


Dependon Collection Service, Inc.
PO Box 4833
Oak Brook, IL 60523-4833


Disney Book Club
c/o North Shore Agency, Inc.
PO Box 9205
Old Bethpage, NY 11804-9005


Disney Movie Club
c/o North Shore Agency, Inc.
PO Box 8901
Westbury, NY 11590-8901


Disney Wonderful World of Reading
PO Box 191
Montoursville, PA 17754-0191

Dollar Video
1127 W. Lincoln Hwy
Dekalb, IL 60115


Dr. Tina Starkweather
605 Plaza Drive, Suite 3
Sycamore, IL 60178


Earthlink/Atlanta
c/o Kevin L. String Co, LPA
PO Box 221406
Cleveland, OH 44122


East Chicago Radiologists, Inc.
9201 Calumet Ave.
Munster, IN 46321


Emergency Med Srvs PC
PO Box 5168 Dept 4045
Hinsdale, IL 60522-5168


Emergency Physicians Prof As
c/o American Accounts Advisors, Inc
3904 Cedarvale Dr
Saint Paul, MN 55122-1410


Emergency Room Care Providers
Dept 4034
PO Box 3065
Oak Brook, IL 60522-3065


Essence Magazine
c/o North Shore Agency
PO Box 8901
Westbury, NY 11590-8901


Fairview Southdale
c/o Law Office of Richard Seierstad
PO Box 570
Sauk Rapids, MN 56379-0570


Fashion Bug
PO Box 8500-50920
Philadelphia, PA 19178

Fifth Third Bank Chicago
c/o National Revenue Corporation
PO Box 182965
Columbus, OH 43218-2965


First Federal Credit Control
PO Box 20790
Columbus, OH 43220-0790


First Federal Credit Control
PO Box 20790
Columbus, OH 43220-0790


First Ranger
c/o TRS Recovery Services
PO Box 60022
City of Industry, CA 91716-0022


FMS Inc.
PO Box 707600
Tulsa, OK 74170-7600


Friedman & Wexler, LLC
500 W. Madison Street
Suite 2910
Chicago, IL 60661


Friedman & Wexler, LLC
500 W. Madison Street
Suite 2910
Chicago, IL 60661


Friedman & Wexler, LLC
500 W. Madison Street
Suite 2910
Chicago, IL 60661


Gastwirth & Mirsky LLP
PO Box 648
Melville, NY 11747-0648


Genzyme Genetics
c/o Stevens Business Service
PO Box 1233
Lowell, MA 01853

Georgia Check Recovery
PO Box 45
Jersey, GA 30018


GLOBAL Payments Check Recovery
PO Box 661158
Chicago, IL 60666


Goggins & Lavintman, PA
PO Box 21129
Eagan, MN 55121-0129


Grandmas Kitchen
c/o Allied Interstate
PO Box 361445
Columbus, OH 43236


Greenwood Leflore Hospital
PO Box 1410
Greenwood, MS 38935-1410


H&R Accounts, Inc.
PO Box 672
Moline, IL 61266-0672


H&R Accounts, Inc.
PO Box 672
Moline, IL 61266-0672


Harvard Collection Services, Inc.
4839 N. Elston Avenue
Chicago, IL 60630-2534


Health Guard Medical Network
PO Box 3024
Carol Stream, IL 60132


Heights Finance Corporation
c/o Fulbright & Assoicates
PO Box 1510
Rockford, IL 61110-0010


Heller and Frisone, Ltd
33 N. LaSalle St. Ste 1200
Chicago, IL 60602

Holy Cross Hospital
Payment Center
PO Box 2166
Bedford Park, IL 60499-2166


Home Style Books
c/o Bureau of Account Management
PO Box 8875
Camp Hill, PA 17001-8875


Hooray! Valet
4212 Warren Ave.
Hillside, IL 60162


Horizon Financial Managment
8585 S. Broadway Ste 880
Merrillville, IN 46410-5661


Horseshoe Casino
c/o XpressCheX
PO Box 1927
Albuquerque, NM 87103-1927


Horseshoe Casino
c/o Audit Systems Incorporated
3696 Ulmerton Rd., Ste 200
Clearwater, FL 33762-4237


Illini Cash Advance Inc.
114 Hillcrest Drive
Dekalb, IL 60115


Illinois Department of Employment
Security
PO Box 19300
Springfield, IL 62794


Illinois Department of Human Svcs
100 South Grand Ave East
Springfield, IL 62762


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035

Illinois Department of Transportati
3215 Executive Park Dr.
Springfield, IL 62766-0001


Illinois Title Loans
2733B Sycamore Road
Dekalb, IL 60115


Illinois Tollway
P.O./ Box 5201
Lisle, IL 60532-5201


JBC Legal Group PC
2 Broad Street 6th Floor
Bloomfield, NJ 07003-2500


Jefferson Capital
16 McLeland Road
Saint Cloud, MN 56303


Jehangir Mistry, MD
2535 Bethany Road, Suite 107
Sycamore, IL 60178


John G. Neal
399 E. Main Street, Suite 110
Columbus, OH 43215


Kishwaukee Community Hospital
1 Kish Hospital Drive
DeKalb, IL 60115


Kishwaukee Family YMCA
PO Box 466
Dekalb, IL 60115


Kishwaukee Medical Assocates
954 W. State
Sycamore, IL 60178


Kruzan and Kloberdanz, DDS, Ltd
1406 D Sycamore Road
Dekalb, IL 60115

Law Office of Ronald J. Henning
PO Box 4106
Saint Charles, IL 60174


Law Offices of Alan D. Naggatz
175 W. Lincolnway Suite C
Valparaiso, IN 46383


Law Offices of Mitchell N Kay PC
P.O. box 2374
Chicago, IL 60690-2374


Leading Edge Recovery Systems
5440 N. Cumberland Avenue, Ste 300
Chicago, IL 60656-1490


LGBS, LLP
35946 Eagle Way
Chicago, IL 60678-1359


Linebarger Goggan Blair & Sampson
PO Box 06152
Chicago, IL 60606-0152


Loyola University Medical Center
2160 S. 1st Street
Maywood, IL 60153


Loyola University Physician Foundat
PO Box 88049
Chicago, IL 60680-1049


M.C.C.
PO Box 538
Eau Claire, WI 54702-0538


Magnum Cash Advance
Call Center Services
1403 Foulk Road, Ste 203
Wilmington, DE 19803


Marauder Corporation
74923 Highway 111
Indian Wells, CA 92210

Marquette Radiology Associates, LLC
PO Box 2153
Bedford Park, IL 60499-2153


Medical Collection Systems, Inc.
725 S. Wells Street
Chicago, IL 60607


Medical Recovery Specialists, Inc.
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519


Medical Recovery Specialists, Inc.
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519


Medsource LLC
PO Box 1248
Bloomington, IL 61702-1248


Midwest Orthopaedic Institute
2111 Midlands Ct., Suite 100
Sycamore, IL 60178


Motor Works
316 E. Taylor
Dekalb, IL 60115


Music & Arts
4626 Wedgewood Blvd
Frederick, MD 21703


Mutual Management Services
PO Box 4777
Rockford, IL 61110


Mutual Management Services
PO Box 4777
Rockford, IL 61110

Mystery Guild Book Club
Customer Service Center
PO Box 6404
Camp Hill, PA 17012-6404

National City
c/o Alliled Interstate, Inc.
PO Box 361774
Columbus, OH 43236

National Credit Management
PO Box 32900
Saint Louis, MO 63132-8900

National Revenue Coporation
2323 Lake Club Drive
Columbus, OH 43232

Nationwide Collections, Inc.
805 Virginia Avenue
Fort Pierce, FL 34982-5881

Nationwide Credit & Collection, Inc
9919 Roosevelt Road
Westchester, IL 60154

Nationwide Credit & Collection, Inc
9919 Roosevelt Road
Westchester, IL 60154

NCO Financial
PO Box 41466
Philadelphia, PA 19101

NCO Financial Systems
PO Box 15740
Wilmington, DE 19850-5740

NCO Financial Systems
PO Box 41457
Philadelphia, PA 19101-1457

NCO Financial Systems
PO Box 15740
Wilmington, DE 19850-5740

Neil B. Levin, D.P.M.
1675 Bethany Road, Suite B
Sycamore, IL 60178-3160

Nicor Gas
P.o. Box 0632
Aurora, IL 60507-0632

Northern Illinois University
75 Remittance Dr, Suite 3086
Chicago, IL 60675-3086

Olympic Chiropractic
1680 Mediterranean Drive
Sycamore, IL 60178

OMFS for Northern Illinois
8 Health Services Drive, Suite 4
Dekalb, IL 60115

Oral & Maxillo Facial Surgeons
1675 Bethany Rd, Ste A
Sycamore, IL 60178

OSI Recovery Solutions, Inc.
PO Box 925
Brookfield, WI 53008-0925

Oxmoor House
PO Box 62502
Tampa, FL 33662-5048

Palmer, Reifler & Associates
PO Box 607774
Orlando, FL 32860-7774

Partners In Children's Healthcare
2111 Midlands Ct, Ste 201
Sycamore, IL 60178

Pay 1 Day
Solomon Finance, Inc.
10 E. Doty St., Ste 829
Madison, WI 53703

PayDay One
PO Box 101842
Fort Worth, TX 76185


Pellettieri & Associates Ltd.
991 Oak Creek Drive
Lombard, IL 60148-6408


Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108-0988


Pier 1
c/o Security Check
PO Box 1211
Oxford, MS 38655-1211


Prairie Point OB & Gyn Ltd.
P.O. Box 823
DeKalb, IL 60115-0823


Professional Collection Service
PO Box 76
Freeport, IL 61032


Progressive Managment Systems
PO Box 2220
West Covina, CA 91793-9917


ProPath
PO Box 678175
Dallas, TX 75267-8175


Publishers Clearing House
Payment Processing
PO Box 10921
Des Moines, IA 50340-0921


QC Financial Services, Inc.
c/o Progressive Financial Services
PO Box 22083
Tempe, AZ 85285

R&B Receivables Management
860 S. Northpoint Blvd.
Waukegan, IL 60085


Radiologists Ltd
PO Box 128
Sycamore, IL 60178-0128


Restaurant eFund
3001 Bethel Road, Ste 108
Columbus, OH 43220


RGS Financial, Inc.
c/o Assoicated Bank
1305 Main St.
Stevens Point, WI 54481-2830


RHM Acq LLC
575 Undrehill Blvd Suite 2
Syosset, NY 11791


Rice Chiropractic Life Center
229 East Hillcrest Drive
Dekalb, IL 60115


Ridge Ambulance Service, Inc.
2252 Cornell
Montgomery, IL 60538


Rockford Health Physicians
Dept CH 10862
Palatine, IL 60055-0862


Rockford Mercantile
2502 S. Alpine Road
Rockford, IL 61108


Rockford Mercantile
2502 S. Alpine Road
Rockford, IL 61108


Rockford Mercantile
2502 S. Alpine Road
Rockford, IL 61108

Rockford Mercantile
2502 S. Alpine Road
Rockford, IL 61108


Rockford Mercantile
2502 S. Alpine Road
Rockford, IL 61108


Rockford Mercantile
PO Box 5847
Rockford, IL 61125-0847


RRCA Accounts Management, Inc.
312 Locust
Sterling, IL 61081-3539


RRCA Accounts Management, Inc.
312 Locust
Sterling, IL 61081-3539


RRCA Accounts Management, Inc.
312 Locust
Sterling, IL 61081-3539


Schnuck Markets
c/o MCA Managment Co.
PO Box 480
High Ridge, MO 63049


Security Check, LLC
PO Box 1211
Oxford, MS 38655-1211


Security Finance
1408 Sycamore Road
DeKalb, IL 60115


Silkies Pantyhose
c/o Retrieval Masters Creditors Bur
2269 S. Saw Mill River Rd Bldg 3
Elmsford, NY 10523


Sipsma, Hahn & Brophy LLC
PO Box 14417
Madison, WI 53708-0417

Sprint
c/o Cavalry Portfolio Services, LLC
7 Skyline Dr 3rd Floor
Tempe, AZ 85282-7288


St. Catherine Hospital
111 W. 10th St., Suite 103
Hobart, IN 46342


State of Illinois
Department of Human Services
PO Box 19502
Springfield, IL 62794-9502


Statewide Credit Assn., Inc.
101 W. Ohio St., 21st Floor
Indianapolis, IN 46204-4217


Sullivans Foods
c/o TRS Recovery Services
PO Box 60022
City of Industry, CA 91716-0022


SuperValu
c/o Certegy Payment Recovery Svcs
PO Box 30184
Tampa, FL 33630-3184


SuperValu
c/o Commercial Check Control
7250 Beverly Blvd., Suite 200
Los Angeles, CA 90036-2560


Swedish American Hospital
P.O. Box 4448
Rockford, IL 61110-0948


Swedish American Medical Group
PO Box 1567
Rockford, IL 61110-0067


Tate & Kirlin Associates
2810 Southampton Rd.
Philadelphia, PA 19154-1207

TCF National Bank
c/o Heller and Frisone, Ltd
33 N. LaSalle St., Suite 1200
Chicago, IL 60602


Tekcollect Corporation
PO Box 26390
Columbus, OH 43226


Telecheck Services, Inc.
PO Box 17120
Denver, CO 80217-0120


The Cash Store
1520 Sycamore Road
Dekalb, IL 60115


The Good Book Club
c/o RJM Acq LLC
575 Underhill Blvd Ste 2
Syosset, NY 11791


The National Bank & Trust Co.
Loss Provention - Attn Sally
230 W. State St MSC-115
Sycamore, IL 60178


Transworld Systems Inc.
25 Northwest Point Blvd #750
Elk Grove Village, IL 60007


TRS Recovery Services, Inc.
PO Box 60012
City Of Industry, CA 91716-0012


TRS Recovery Servics, Inc.
PO Box 173809
Denver, CO 80217


U.S. Sprint
c/o Risk Management Alternatives
PO Box 105291
Atlanta, GA 30348-5291

Umesh P. Goswami, MD SC
625 E. Bethany Road, Suite 3
Dekalb, IL 60115


United Compucred
PO Box 111100
Cincinnati, OH 45211-1100


United Medical Recovery, LLC
PO Box 22685
Jackson, MS 39225


University of Chicago Hospital
c/o M3 Financial Services, inc.
PO Box 802089
Chicago, IL 60680-2089


US Cellular
c/o AMO Recoveries
PO Box 100036
Kennesaw, GA 30156-9236


Verizon
c/o Solomon and Solomon, PC
PO Box 15019
Albany, NY 12212-5019


Verizon Communications
c/o Omnium Worldwide, Inc.
PO Box 956842
Saint Louis, MO 63195


Verizon North
PO Box 920041
Dallas, TX 75392-0041


Verizon On-Line
c/o Afni, Inc.
PO Box 3517
Bloomington, IL 61702-3517


Verizon South, Inc.
c/o Afni, Inc.
PO Box 3427
Bloomington, IL 61702-3427

Verizon Wireless
c/o Risk Management Alternatives
PO Box 105291
Atlanta, GA 30348


Village Commons Bookstore
901 Lucinda Avenue
Dekalb, IL 60115


World Finance Corporation
2587 Sycamore Road, Suite C
DeKalb, IL 60115-2092


Zenith Acquistion Corp
220 John Glenn Dr #1
Amherst, NY 14228